JOHN FOLLARI, PLAINTIFF-PETITIONER, v. STATE OF NEW JERSEY, DEPARTMENT OF CIVIL SERVICE, DEFENDANT-RESPONDENT.

See same case below: 102 *N. J. Super.* 598.

*Messrs. Calissi, Gelman, Cuccio & Klinger* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Winard* for the respondent.

December 10, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JULIUS KOOST, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

December 10, 1968. Denied.

PAUL CUPROWSKI, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CITY OF JERSEY CITY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 103 *N. J. Super.* 217.

*Messrs. Gordon & Kanengiser* for the petitioners.

*Mr. James F. Ryan* and *Mr. Francis X. Hayes* for the respondents.

December 10, 1968. Denied.